IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENDRICK GRAYDON**                                                      **PLAINTIFF**
**ADC #111057**

v.                  **CASE NO. 4:18-CV-00360 BSM**

**L. MARUF, et al.**                                                        **DEFENDANTS**

## ORDER

The recommended disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 6] has been reviewed. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety, and the case is dismissed without prejudice.

IT IS SO ORDERED this 6th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE